UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMorgan Chase Bank NA,

    Plaintiff,

v.                                    Case No.  1:07-cv-525

                                       HONORABLE PAUL L. MALONEY

Pekka Tarvudd,

    Defendant.

_____/

## ORDER REGARDING DEFAULT JUDGMENT

It appearing that default was entered against defendant Pekka Tarvudd on August 22, 2007.  It further appearing that plaintiff has not applied for Judgment by Default against said defendant.  Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall submit pleadings necessary to obtain a judgment against said defendant(s) pursuant to either Fed.R.Civ.P. 55(b)(1) or 55(b)(2) within fourteen days of the date of this order.

**IT IS FURTHER ORDERED** that failure to comply with this Order may result in dismissal of this case for lack of prosecution pursuant to W.D. Mich.LCivR 41.1.

Dated:  September 26, 2007                    /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge